**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Matthew M Schnee          CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 22-13427 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of U.S. Bank National Association, not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2021-NR2 and index same on the master mailing list.

Respectfully submitted,

/s/ *Michael Farrington*

Michael Farrington
10 Jan 2023, 09:21:08, EST

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322