| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 055. |
|-----|------|-------|-------|-----------|------|
| DUR | 040751 | 058010 | 40751 | 0000400083 | 1 |

# Earnings Statement



CAMBRIDGE-LEE   INDUSTRIES,  LLC
86 TUBE DRIVE
READING, PA 19605
COMPANY  PH#:610-916-7727

Period Beginning:      09/26/2022
Period Ending:         10/02/2022
Pay Date:              10/07/2022

Taxable Marital Status:   Single
Exemptions/Allowances:
    Federal:      1
    PA:          N/A

**MATTHEW M SCHNEE**
**611 MANBECK ROAD**
**ROBESONIA,  PA 19551**

| Earnings | rate | salary/hours | this period | year to date |
|----------|------|--------------|-------------|--------------|
| Regular | 1268.30 | 40.00 | 1,268.30 | 50,292.98 |
| Additional Hrs | | | | 9,630.24 |
| Bonus | | | | 1,268.30 |
| Shift 2 | | | | 32.75 |
| Shift 3 | | | | 9.00 |
| Sup Reg Sh2 | | | | 123.50 |
| Sup Reg Sh3 | | | | 32.26 |
| **Gross Pay** | | | **$1,268.30** | 61,389.03 |

Your federal taxable wages this period are
$1,135.91

| Other Benefits and Information | this period | total to date |
|-------------------------------|-------------|---------------|
| Gtl | 2.65 | 106.00 |
| Pto Balance | 84.00 | |
| Totl Hrs Worked | 40.00 | |
| Er Contr 401K | | 76.10 |
| Ytd Pension | | 3,017.63 |

| Deductions | | | |
|------------|------|--|--|
| **Statutory** | | | |
| Federal Income Tax | -129.01 | | 5,866.08 |
| Social Security Tax | -70.59 | | 3,484.36 |
| Medicare Tax | -16.51 | | 814.89 |
| PA State Income Tax | -34.87 | | 1,721.95 |
| Ontelaunee T Income Tax | -11.36 | | 560.98 |
| PA SUI Tax | -0.76 | | 36.83 |
| Ontelaunee T Local Svc Tax | | | 52.00 |
| | | | |
| **Other** | | | |
| Pre Tx Hlt Nonu | -130.07* | | 5,202.80 |
| VISION IND | -2.32* | | 92.80 |
| 401K LOAN1 | -186.01 | | 7,440.40 |
| **Net Pay** | | | **$686.80** |
| CHECKING 1 | -686.80 | | 36,115.94 |
| **Net Check** | | | **$0.00** |

**Important Notes**
COMPANY  PH#:610-916-7727

BASIS OF PAY: SALARY

* Excluded from federal taxable wages

© 2000 ADP, Inc.

CAMBRIDGE-LEE  INDUSTRIES, LLC
86 TUBE DRIVE
READING, PA 19605
COMPANY  PH#:610-916-7727

Advice number:     00000400083
Pay date:          10/07/2022

Deposited  to the account of                                          amount
MATTHEW  M SCHNEE                                                     $686.80

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 055 |
|-----|------|-------|-------|-----------|-----|
| DUR | 040751 | 058010 | 40751 | 0000400084 | 2 |

# Earnings Statement

**CAMBRIDGE-LEE INDUSTRIES, LLC**
**86 TUBE DRIVE**
**READING, PA 19605**
**COMPANY  PH#:610-916-7727**

Period Beginning:      09/26/2022
Period Ending:        10/02/2022
Pay Date:            10/07/2022

Taxable Marital Status:  Single
Exemptions/Allowances:
  Federal:       1
  PA:          N/A

**MATTHEW  M SCHNEE**
**611 MANBECK  ROAD**
**ROBESONIA,  PA 19551**

| Earnings | rate | salary/hours | this period | year to date |
|----------|------|--------------|-------------|--------------|
| Sup Reg Sh2 | 6.00 | 3.00 | | 126.50 |
| Regular | | | | 50,292.98 |
| Additional Hrs | | | | 9,630.24 |
| Bonus | | | | 1,268.30 |
| Shift 2 | | | | 32.75 |
| Shift 3 | | | | 9.00 |
| Sup Reg Sh3 | | | | 32.26 |
| **Gross Pay** | | | **$3.00** | 61,392.03 |

| Other Benefits and Information | this period | total to date |
|--------------------------------|-------------|---------------|
| Gtl | | 106.00 |
| Er Contr 401K | | 76.10 |
| Ytd Pension | | 3,017.63 |

**Important Notes**
COMPANY  PH#:610-916-7727

BASIS OF PAY: SALARY

| Deductions | Statutory | | |
|------------|-----------|---|---|
| | Social Security Tax | -0.19 | 3,484.55 |
| | Medicare Tax | -0.05 | 814.94 |
| | PA State Income Tax | -0.09 | 1,722.04 |
| | Ontelaunee T Income Tax | -0.03 | 561.01 |
| | PA SUI Tax | -0.01 | 36.84 |
| | Federal Income Tax | . | 5,866.08 |
| | Ontelaunee T Local Svc Tax | | 52.00 |
| | **Other** | | |
| | Pre Tx Hlt Nonu | | 5,202.80 |
| | VISION IND | | 92.80 |
| | 401K LOAN1 | | 7,440.40 |
| | **Net Pay** | **$2.63** | |
| | CHECKING 1 | -2.63 | 36,118.57 |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are $3.00

© 2020 ADP, Inc.

---

**CAMBRIDGE-LEE  INDUSTRIES, LLC**
**86 TUBE DRIVE**
**READING, PA 19605**
**COMPANY  PH#:610-916-7727**

Advice number:      00000400084
Pay date:          10/07/2022

Deposited  to the account  of
MATTHEW  M SCHNEE

amount
$2.63

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 055 |
|-----|------|-------|-------|-----------|-----|
| DUR | 040751 | 058010 | 40751 | 0000410086 | 1 |

# Earnings Statement



CAMBRIDGE-LEE  INDUSTRIES,  LLC
86 TUBE DRIVE
READING,  PA  19605
COMPANY   PH#:610-916-7727

Period Beginning:     10/03/2022
Period Ending:        10/09/2022
Pay Date:             10/14/2022

Taxable  Marital Status:   Single
Exemptions/Allowances:
    Federal:        1
    PA:             N/A

**MATTHEW  M  SCHNEE**
**611  MANBECK  ROAD**
**ROBESONIA,   PA  19551**

| Earnings | rate | salary/hours | this period | year to date |
|----------|------|--------------|-------------|--------------|
| Regular | 1268.30 | 40.00 | 1,268.30 | 51,561.28 |
| Additional Hrs | | | | 9,630.24 |
| Bonus | | | | 1,268.30 |
| Shift 2 | | | | 32.75 |
| Shift 3 | | | | 9.00 |
| Sup Reg Sh2 | | | | 126.50 |
| Sup Reg Sh3 | | | | 32.26 |
| **Gross Pay** | | | **$1,268.30** | 62,660.33 |

Your federal taxable wages this period are
$1,135.91

| Other Benefits and Information | this period | total to date |
|--------------------------------|-------------|---------------|
| Gtl | 2.65 | 108.65 |
| Pto Balance | 84.00 | |
| Totl Hrs Worked | 40.00 | |
| Er Contr 401K | | 76.10 |
| Ytd Pension | | 3,093.73 |

| Deductions | Statutory | | |
|------------|-----------|--|--|
| | Federal Income Tax | -129.01 | 5,995.09 |
| | Social Security Tax | -70.59 | 3,555.14 |
| | Medicare Tax | -16.50 | 831.44 |
| | PA State Income Tax | -34.87 | 1,756.91 |
| | Ontelaunee T Income Tax | -11.36 | 572.37 |
| | PA SUI Tax | -0.76 | 37.60 |
| | Ontelaunee T Local Svc Tax | | 52.00 |
| | **Other** | | |
| | Pre Tx Hlt Nonu | -130.07* | 5,332.87 |
| | VISION IND | -2.32* | 95.12 |
| | 401K LOAN1 | -186.01 | 7,626.41 |
| | **Net Pay** | **$686.81** | |
| | CHECKING 1 | -686.81 | 36,805.38 |
| | **Net Check** | **$0.00** | |

**Important Notes**
COMPANY  PH#:610-916-7727

BASIS OF PAY: SALARY

* Excluded from federal taxable wages

© 2000 ADP, Inc.

CAMBRIDGE-LEE  INDUSTRIES,  LLC
86 TUBE DRIVE
READING,  PA  19605
COMPANY  PH#:610-916-7727

Advice number:          00000410086
Pay date:               10/14/2022

Deposited to the account of
MATTHEW  M  SCHNEE

amount
$686.81

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 055 |
|-----|------|-------|-------|-----------|-----|
| DUR | 040751 | 058010 | 40751 | 0000410087 | 2 |

# Earnings Statement



CAMBRIDGE-LEE INDUSTRIES, LLC
86 TUBE DRIVE
READING, PA 19605
COMPANY PH#:610-916-7727

Period Beginning:     10/03/2022
Period Ending:        10/09/2022
Pay Date:             10/14/2022

Taxable Marital Status:  Single
Exemptions/Allowances:
   Federal:    1
   PA:         N/A

**MATTHEW M SCHNEE**
**611 MANBECK ROAD**
**ROBESONIA,  PA 19551**

| Earnings | rate | salary/hours | this period | year to date |
|----------|------|--------------|-------------|--------------|
| Additional Hrs | 31.7075 | 1.00 | 47.56 | 9,677.80 |
| Sup Reg Sh2 | | 4.50 | 2.25 | 128.75 |
| Sup Reg Sh3 | | 1.00 | 0.75 | 33.01 |
| Regular | | | | 51,561.28 |
| Bonus | | | | 1,268.30 |
| Shift 2 | | | | 32.75 |
| Shift 3 | | | | 9.00 |
| **Gross Pay** | | | **$50.56** | 62,710.89 |

| Other Benefits and Information | this period | total to date |
|--------------------------------|-------------|---------------|
| Gtl | | 108.65 |
| Totl Hrs Worked | 1.00 | |
| Er Contr 401K | | 76.10 |
| Ytd Pension | | 3,093.73 |

**Important Notes**
COMPANY PH#:610-916-7727

BASIS OF PAY: SALARY

| Deductions | Statutory | | |
|------------|-----------|---|---|
| | Social Security Tax | -3.14 | 3,558.28 |
| | Medicare Tax | -0.74 | 832.18 |
| | PA State Income Tax | -1.55 | 1,758.46 |
| | Ontelaunee T Income Tax | -0.51 | 572.88 |
| | PA SUI Tax | -0.03 | 37.63 |
| | Federal Income Tax | | 5,995.09 |
| | Ontelaunee T Local Svc Tax | | 52.00 |
| | **Other** | | |
| | Pre Tx Hlt Nonu | | 5,332.87 |
| | VISION IND | | 95.12 |
| | 401K LOAN1 | | 7,626.41 |
| | **Net Pay** | | **$44.59** |
| | CHECKING 1 | -44.59 | 36,849.97 |
| | **Net Check** | | **$0.00** |

Your federal taxable wages this period are $50.56

© 2000 ADP, Inc.

CAMBRIDGE-LEE INDUSTRIES, LLC
86 TUBE DRIVE
READING, PA 19605
COMPANY PH#:610-916-7727

Advice number:     00000410087
Pay date:          10/14/2022

Deposited to the account of                                               amount
MATTHEW M SCHNEE                                                          $44.59

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | USS |
|-----|------|-------|-------|-----------|-----|
| DUR | 040751 | 058010 | 40751 | 0000420084 | 1 |

# Earnings Statement

**ADP**

CAMBRIDGE-LEE INDUSTRIES, LLC
86 TUBE DRIVE
READING, PA 19605
COMPANY PH#:610-916-7727

| | |
|---|---|
| Period Beginning: | 10/10/2022 |
| Period Ending: | 10/16/2022 |
| Pay Date: | 10/21/2022 |

Taxable Marital Status:  Single
Exemptions/Allowances:
   Federal:        1
   PA:             N/A

**MATTHEW M SCHNEE**
**611 MANBECK ROAD**
**ROBESONIA, PA 19551**

## Earnings

| Earnings | rate | salary/hours | this period | year to date |
|----------|------|--------------|-------------|--------------|
| Regular | 1268.30 | 40.00 | 1,268.30 | 52,829.58 |
| Additional Hrs | | | | 9,677.80 |
| Bonus | | | | 1,268.30 |
| Shift 2 | | | | 32.75 |
| Shift 3 | | | | 9.00 |
| Sup Reg Sh2 | | | | 128.75 |
| Sup Reg Sh3 | | | | 33.01 |
| **Gross Pay** | | | **$1,268.30** | 63,979.19 |

Your federal taxable wages this period are
$1,135.91

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Gtl | 2.65 | 111.30 |
| Pto Balance | 84.00 | |
| Totl Hrs Worked | 40.00 | |
| Er Contr 401K | | 76.10 |
| Ytd Pension | | 3,169.83 |

## Deductions

| Deductions | Statutory | this period | year to date |
|-----------|-----------|-------------|--------------|
| | Federal Income Tax | -129.01 | 6,124.10 |
| | Social Security Tax | -70.59 | 3,628.87 |
| | Medicare Tax | -16.51 | 848.69 |
| | PA State Income Tax | -34.87 | 1,793.33 |
| | Ontelaunee T Income Tax | -11.36 | 584.24 |
| | PA SUI Tax | -0.76 | 38.39 |
| | Ontelaunee T Local Svc Tax | | 52.00 |
| | **Other** | | |
| | Pre Tx Hlt Nonu | -130.07* | 5,462.94 |
| | VISION IND | -2.32* | 97.44 |
| | 401K LOAN1 | -186.01 | 7,812.42 |
| | **Net Pay** | **$686.80** | |
| | CHECKING 1 | -686.80 | 37,536.77 |
| | **Net Check** | **$0.00** | |

**Important Notes**
COMPANY PH#:610-916-7727

BASIS OF PAY: SALARY

**\* Excluded from federal taxable wages**

© 2000 ADP, Inc.

---

CAMBRIDGE-LEE INDUSTRIES, LLC
86 TUBE DRIVE
READING, PA 19605
COMPANY PH#:610-916-7727

| Advice number: | 00000420084 |
|---|---|
| Pay date: | 10/21/2022 |

Deposited to the account of
**MATTHEW M SCHNEE**

amount
$686.80

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 055 |
|-----|------|-------|-------|-----------|-----|
| DUR | 040751 | 058010 | 40751 | 0000420085 | 2 |

# Earnings Statement

**ADP**

CAMBRIDGE-LEE INDUSTRIES, LLC
86 TUBE DRIVE
READING, PA 19605
COMPANY PH#:610-916-7727

Period Beginning: 10/10/2022
Period Ending: 10/16/2022
Pay Date: 10/21/2022

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 1
PA: N/A

**MATTHEW M SCHNEE
611 MANBECK ROAD
ROBESONIA, PA 19551**

| Earnings | rate | salary/hours | this period | year to date |
|----------|------|--------------|-------------|--------------|
| Additional Hrs | 31.7075 | 2.00 | 95.12 | 9,772.92 |
| Shift 2 | 31.7075 | 2.00 | 1.00 | 33.75 |
| Sup Reg Sh2 | | 2.00 | 1.00 | 129.75 |
| Regular | | | | 52,829.58 |
| Bonus | | | | 1,268.30 |
| Shift 3 | | | | 9.00 |
| Sup Reg Sh3 | | | | 33.01 |
| **Gross Pay** | | | **$97.12** | 64,076.31 |

| Deductions | Statutory | | |
|------------|-----------|--|--|
| | Social Security Tax | -6.02 | 3,634.89 |
| | Medicare Tax | -1.40 | 850.09 |
| | PA State Income Tax | -2.98 | 1,796.31 |
| | Ontelaunee T Income Tax | -0.97 | 585.21 |
| | PA SUI Tax | -0.06 | 38.45 |
| | Federal Income Tax | | 6,124.10 |
| | Ontelaunee T Local Svc Tax | | 52.00 |
| | **Other** | | |
| | Pre Tx Hlt Nonu | | 5,462.94 |
| | VISION IND | | 97.44 |
| | 401K LOAN1 | | 7,812.42 |
| | **Net Pay** | | **$85.69** |
| | CHECKING 1 | -85.69 | 37,622.46 |
| | **Net Check** | | **$0.00** |

| Other Benefits and Information | this period | total to date |
|-------------------------------|-------------|---------------|
| Gtl | | 111.30 |
| Totl Hrs Worked | 2.00 | |
| Er Contr 401K | | 76.10 |
| Ytd Pension | | 3,169.83 |

**Important Notes**
COMPANY PH#:610-916-7727

BASIS OF PAY: SALARY

Your federal taxable wages this period are $97.12

© 2020 ADP, Inc.

---

CAMBRIDGE-LEE INDUSTRIES, LLC
86 TUBE DRIVE
READING, PA 19605
COMPANY PH#:610-916-7727

Advice number: 00000420085
Pay date: 10/21/2022

Deposited to the account of
MATTHEW M SCHNEE

amount
$85.69

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 055 |
|---|---|---|---|---|---|
| DUR | 040751 | 058010 | 40751 | 0000430086 | 1 |

# Earnings Statement



**CAMBRIDGE-LEE INDUSTRIES, LLC**
**86 TUBE DRIVE**
**READING, PA 19605**
**COMPANY PH#:610-916-7727**

Period Beginning:   10/17/2022
Period Ending:      10/23/2022
Pay Date:           10/28/2022

Taxable Marital Status:   Single
Exemptions/Allowances:
    Federal:   1
    PA:        N/A

**MATTHEW M SCHNEE**
**611 MANBECK ROAD**
**ROBESONIA, PA 19551**

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1268.30 | 40.00 | 1,268.30 | 54,097.88 |
| Additional Hrs | | | | 9,772.92 |
| Bonus | | | | 1,268.30 |
| Shift 2 | | | | 33.75 |
| Shift 3 | | | | 9.00 |
| Sup Reg Sh2 | | | | 129.75 |
| Sup Reg Sh3 | | | | 33.01 |
| **Gross Pay** | | | **$1,268.30** | 65,344.61 |

Your federal taxable wages this period are
$1,135.91

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Gtl | 2.65 | 113.95 |
| Pto Balance | 84.00 | |
| Totl Hrs Worked | 40.00 | |
| Er Contr 401K | | 76.10 |
| Ytd Pension | | 3,245.93 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -129.01 | 6,253.11 |
| | Social Security Tax | -70.59 | 3,705.48 |
| | Medicare Tax | -16.51 | 866.60 |
| | PA State Income Tax | -34.87 | 1,831.18 |
| | Ontelaunee T Income Tax | -11.36 | 596.57 |
| | PA SUI Tax | -0.76 | 39.21 |
| | Ontelaunee T Local Svc Tax | | 52.00 |
| | **Other** | | |
| | Pre Tx Hlt Nonu | -130.07* | 5,593.01 |
| | VISION IND | -2.32* | 99.76 |
| | 401K LOAN1 | -186.01 | 7,998.43 |
| | **Net Pay** | **$686.80** | |
| | CHECKING 1 | -686.80 | 38,309.26 |
| | **Net Check** | **$0.00** | |

**Important Notes**
COMPANY PH#:610-916-7727

BASIS OF PAY: SALARY

**\* Excluded from federal taxable wages**

© 2000 ADP, Inc.

---

CAMBRIDGE-LEE INDUSTRIES, LLC
86 TUBE DRIVE
READING, PA 19605
COMPANY PH#:610-916-7727

Advice number:   00000430086
Pay date:        10/28/2022

Deposited to the account of
MATTHEW M SCHNEE

amount
$686.80

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

## Earnings Statement



| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 059 |
|-----|------|-------|-------|-----------|-----|
| DUR | 040751 | 058010 | 40751 | 0000430087 | 2 |

**CAMBRIDGE-LEE INDUSTRIES, LLC**
**86 TUBE DRIVE**
**READING, PA 19605**
**COMPANY PH#:610-916-7727**

| | | |
|---|---|---|
| Period Beginning: | 10/17/2022 |
| Period Ending: | 10/23/2022 |
| Pay Date: | 10/28/2022 |

Taxable Marital Status: Single
Exemptions/Allowances:
   Federal:   1
   PA:   N/A

**MATTHEW M SCHNEE**
**611 MANBECK ROAD**
**ROBESONIA, PA 19551**

| Earnings | rate | salary/hours | this period | year to date |
|----------|------|--------------|-------------|--------------|
| Sup Reg Sh2 | 1.00 | 0.50 | | 130.25 |
| Regular | | | | 54,097.88 |
| Additional Hrs | | | | 9,772.92 |
| Bonus | | | | 1,268.30 |
| Shift 2 | | | | 33.75 |
| Shift 3 | | | | 9.00 |
| Sup Reg Sh3 | | | | 33.01 |
| **Gross Pay** | | | **$0.50** | 65,345.11 |

| Deductions | Statutory | | |
|------------|-----------|---|---|
| | Social Security Tax | -0.03 | 3,705.51 |
| | Medicare Tax | -0.01 | 866.61 |
| | PA State Income Tax | -0.02 | 1,831.20 |
| | Ontelaunee T Income Tax | -0.01 | 596.58 |
| | Federal Income Tax | | 6,253.11 |
| | Ontelaunee T Local Svc Tax | | 52.00 |
| | PA SUI Tax | | 39.21 |
| | **Other** | | |
| | Pre Tx Hlt Nonu | | 5,593.01 |
| | VISION IND | | 99.76 |
| | 401K LOAN1 | | 7,998.43 |
| | **Net Pay** | | **$0.43** |
| | CHECKING 1 | -0.43 | 38,309.69 |
| | **Net Check** | | **$0.00** |

| Other Benefits and Information | this period | total to date |
|--------------------------------|-------------|---------------|
| Gtl | | 113.95 |
| Er Contr 401K | | 76.10 |
| Ytd Pension | | 3,245.93 |

**Important Notes**
COMPANY PH#:610-916-7727

BASIS OF PAY: SALARY

Your federal taxable wages this period are $0.50

© 2000 ADP, Inc.

**CAMBRIDGE-LEE INDUSTRIES, LLC**
**86 TUBE DRIVE**
**READING, PA 19605**
**COMPANY PH#:610-916-7727**

| | |
|---|---|
| Advice number: | 00000430087 |
| Pay date: | 10/28/2022 |

Deposited to the account of
**MATTHEW M SCHNEE**

| | amount |
|---|--------|
| | $0.43 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 055 |
|-----|------|-------|-------|-----------|-----|
| DUR | 040751 | 058010 | 40751 | 0000440084 | 1 |

# Earnings Statement

**ADP**

CAMBRIDGE-LEE  INDUSTRIES,  LLC
86 TUBE DRIVE
READING,  PA 19605
COMPANY  PH#:610-916-7727

| Period Beginning: | 10/24/2022 |
|---|---|
| Period Ending: | 10/30/2022 |
| Pay Date: | 11/04/2022 |

Taxable Marital Status:  Single
Exemptions/Allowances:
Federal:        1
PA:              N/A

**MATTHEW M SCHNEE**
**611 MANBECK ROAD**
**ROBESONIA,   PA 19551**

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1268.30 | 4.00 | 1,268.30 | 55,366.18 |
| Paid Time Off | | 36.00 | | |
| Additional Hrs | | | | 9,772.92 |
| Bonus | | | | 1,268.30 |
| Shift 2 | | | | 33.75 |
| Shift 3 | | | | 9.00 |
| Sup Reg Sh2 | | | | 130.25 |
| Sup Reg Sh3 | | | | 33.01 |
| **Gross Pay** | | | **$1,268.30** | 66,613.41 |

| Deductions | Statutory | | | |
|---|---|---|---|---|
| | Federal Income Tax | -129.01 | | 6,382.12 |
| | Social Security Tax | -70.59 | | 3,776.10 |
| | Medicare Tax | -16.51 | | 883.12 |
| | PA State Income Tax | -34.87 | | 1,866.07 |
| | Ontelaunee T Income Tax | -11.36 | | 607.94 |
| | PA SUI Tax | -0.76 | | 39.97 |
| | Ontelaunee T Local Svc Tax | | | 52.00 |
| | **Other** | | | |
| | Pre Tx Hlt Nonu | -130.07* | | 5,723.08 |
| | VISION IND | -2.32* | | 102.08 |
| | 401K LOAN1 | -186.01 | | 8,184.44 |
| | **Net Pay** | | **$686.80** | |
| | CHECKING 1 | -686.80 | | 38,996.49 |
| | **Net Check** | | **$0.00** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are
$1,135.91

**Other Benefits and**
**Information**

| | this period | total to date |
|---|---|---|
| Gtl | 2.65 | 116.60 |
| Pto Balance | 48.00 | |
| Totl Hrs Worked | 4.00 | |
| Er Contr 401K | | 76.10 |
| Ytd Pension | | 3,322.03 |

**Important Notes**
COMPANY  PH#:610-916-7727

BASIS OF PAY: SALARY

© 2000 ADP, Inc.

CAMBRIDGE-LEE  INDUSTRIES,  LLC
86 TUBE DRIVE
READING, PA 19605
COMPANY  PH#:610-916-7727

| Advice number: | 00000440084 |
|---|---|
| Pay date: | 11/04/2022 |

Deposited  to the account  of
MATTHEW  M SCHNEE

amount
$686.80

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

# Earnings Statement

ADP

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 050 |
|-----|------|-------|-------|-----------|-----|
| DUR | 040751 | 058010 | 40751 | 0000450085 | 1 |

CAMBRIDGE-LEE  INDUSTRIES,  LLC
86 TUBE DRIVE
READING,  PA 19605
COMPANY  PH#:610-916-7727

| | |
|---|---|
| Period Beginning: | 10/31/2022 |
| Period Ending: | 11/06/2022 |
| Pay Date: | 11/10/2022 |

Taxable Marital Status:   Single
Exemptions/Allowances:
    Federal:        1
    PA:              N/A

**MATTHEW  M  SCHNEE**
**611  MANBECK  ROAD**
**ROBESONIA,  PA  19551**

## Earnings

| Earnings | rate | salary/hours | this period | year to date |
|----------|------|--------------|-------------|--------------|
| Regular | 1268.30 | 32.00 | 1,268.30 | 56,634.48 |
| Paid Time Off | | 8.00 | | |
| Additional Hrs | | | | 9,772.92 |
| Bonus | | | | 1,268.30 |
| Shift 2 | | | | 33.75 |
| Shift 3 | | | | 9.00 |
| Sup Reg Sh2 | | | | 130.25 |
| Sup Reg Sh3 | | | | 33.01 |
| **Gross Pay** | | | **$1,268.30** | 67,881.71 |

## Deductions

| Deductions | Statutory | this period | year to date |
|------------|-----------|-------------|--------------|
| | Federal Income Tax | -129.01 | 6,511.13 |
| | Social Security Tax | -70.59 | 3,846.69 |
| | Medicare Tax | -16.51 | 899.63 |
| | PA State Income Tax | -34.87 | 1,900.94 |
| | Ontelaunee T Income Tax | -11.36 | 619.30 |
| | PA SUI Tax | -0.76 | 40.73 |
| | Ontelaunee T Local Svc Tax | | 52.00 |
| | **Other** | | |
| | Pre Tx Hlt Nonu | -130.07* | 5,853.15 |
| | VISION IND | -2.32* | 104.40 |
| | 401K LOAN1 | -186.01 | 8,370.45 |
| | **Net Pay** | **$686.80** | |
| | CHECKING 1 | -686.80 | 39,683.29 |
| | **Net Check** | **$0.00** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are
$1,135.91

**Other Benefits and**
**Information**

| | this period | total to date |
|---|-------------|---------------|
| Gtl | 2.65 | 119.25 |
| Pto Balance | 40.00 | |
| Totl Hrs Worked | 32.00 | |
| Er Contr 401K | | 76.10 |
| Ytd Pension | | 3,398.13 |

**Important Notes**
COMPANY  PH#:610-916-7727

BASIS OF PAY: SALARY

© 2000 ADP, Inc.

---

CAMBRIDGE-LEE  INDUSTRIES, LLC
86 TUBE DRIVE
READING, PA 19605
COMPANY  PH#:610-916-7727

| | |
|---|---|
| Advice number: | 00000450085 |
| Pay date: | 11/10/2022 |

Deposited  to the account  of
MATTHEW  M SCHNEE

amount
$686.80

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 055 |
|-----|------|-------|-------|-----------|-----|
| DUR | 040751 | 058010 | 40751 | 0000460085 | 1 |

# Earnings Statement



CAMBRIDGE-LEE  INDUSTRIES,  LLC
86 TUBE DRIVE
READING,  PA  19605
COMPANY  PH#:610-916-7727

| Period Beginning: | 11/07/2022 |
|---|---|
| Period Ending: | 11/13/2022 |
| Pay Date: | 11/18/2022 |

Taxable Marital Status:  Single
Exemptions/Allowances:
Federal:        1
PA:             N/A

**MATTHEW M SCHNEE**
**611 MANBECK ROAD**
**ROBESONIA,  PA  19551**

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1268.30 | 40.00 | 1,268.30 | 57,902.78 |
| Additional Hrs | | | | 9,772.92 |
| Bonus | | | | 1,268.30 |
| Shift 2 | | | | 33.75 |
| Shift 3 | | | | 9.00 |
| Sup Reg Sh2 | | | | 130.25 |
| Sup Reg Sh3 | | | | 33.01 |
| Gross Pay | | | $1,268.30 | 69,150.01 |

Your federal taxable wages this period are
$1,135.91

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Gtl | 2.65 | 121.90 |
| Pto Balance | 40.00 | |
| Totl Hrs Worked | 40.00 | |
| Er Contr 401K | | 76.10 |
| Ytd Pension | | 3,474.23 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -129.01 | 6,640.14 |
| | Social Security Tax | -70.59 | 3,917.28 |
| | Medicare Tax | -16.51 | 916.14 |
| | PA State Income Tax | -34.87 | 1,935.81 |
| | Ontelaunee T Income Tax | -11.36 | 630.66 |
| | PA SUI Tax | -0.76 | 41.49 |
| | Ontelaunee T Local Svc Tax | | 52.00 |
| | **Other** | | |
| | Pre Tx Hlt Nonu | -130.07* | 5,983.22 |
| | VISION IND | -2.32* | 106.72 |
| | 401K LOAN1 | -186.01 | 8,556.46 |
| | Net Pay | $686.80 | |
| | CHECKING 1 | -686.80 | 40,370.09 |
| | Net Check | $0.00 | |

**Important Notes**
COMPANY  PH#:610-916-7727

BASIS OF PAY: SALARY

\* **Excluded  from  federal  taxable  wages**

© 2000 ADP, Inc.

CAMBRIDGE-LEE  INDUSTRIES,  LLC
86 TUBE DRIVE
READING,  PA  19605
COMPANY  PH#:610-916-7727

| Advice number: | 00000460085 |
|---|---|
| Pay date: | 11/18/2022 |

Deposited  to  the  account  of
MATTHEW  M SCHNEE

amount
$686.80

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 059 |
|-----|------|-------|-------|-----------|-----|
| DUR | 040751 | 058010 | 40751 | 0000460086 | 2 |

# Earnings Statement



CAMBRIDGE-LEE INDUSTRIES, LLC
86 TUBE DRIVE
READING, PA 19605
COMPANY PH#:610-916-7727

Period Beginning:  11/07/2022
Period Ending:     11/13/2022
Pay Date:          11/18/2022

Taxable Marital Status:  Single
Exemptions/Allowances:
    Federal:  1
    PA:       N/A

**MATTHEW M SCHNEE**
**611 MANBECK ROAD**
**ROBESONIA, PA 19551**

| Earnings | rate | salary/hours | this period | year to date |
|----------|------|--------------|-------------|--------------|
| Additional Hrs | 31.7075 | 4.50 | 214.03 | 9,986.95 |
| Shift 2 | 31.7075 | 2.50 | 1.25 | 35.00 |
| Regular | | | | 57,902.78 |
| Bonus | | | | 1,268.30 |
| Shift 3 | | | | 9.00 |
| Sup Reg Sh2 | | | | 130.25 |
| Sup Reg Sh3 | | | | 33.01 |
| **Gross Pay** | | | **$215.28** | 69,365.29 |

| Other Benefits and Information | this period | total to date |
|--------------------------------|-------------|---------------|
| Gtl | | 121.90 |
| Toll Hrs Worked | 4.50 | |
| Er Contr 401K | | 76.10 |
| Ytd Pension | | 3,474.23 |

**Important Notes**
COMPANY PH#:610-916-7727

BASIS OF PAY: SALARY

| Deductions | Statutory | | |
|------------|-----------|--|--|
| | Federal Income Tax | -4.89 | 6,645.03 |
| | Social Security Tax | -13.35 | 3,930.63 |
| | Medicare Tax | -3.12 | 919.26 |
| | PA State Income Tax | -6.61 | 1,942.42 |
| | Ontelaunee T Income Tax | -2.15 | 632.81 |
| | PA SUI Tax | -0.13 | 41.62 |
| | Ontelaunee T Local Svc Tax | | 52.00 |
| | **Other** | | |
| | Pre Tx Hlt Nonu | | 5,983.22 |
| | VISION IND | | 106.72 |
| | 401K LOAN1 | | 8,556.46 |
| | **Net Pay** | | **$185.03** |
| | CHECKING 1 | -185.03 | 40,555.12 |
| | **Net Check** | | **$0.00** |

Your federal taxable wages this period are $215.28

© 2000 ADP, Inc.

CAMBRIDGE-LEE INDUSTRIES, LLC
86 TUBE DRIVE
READING, PA 19605
COMPANY PH#:610-916-7727

Advice number:   00000460086
Pay date:        11/18/2022

Deposited to the account of
MATTHEW M SCHNEE

amount
$185.03

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 059 |
|-----|------|-------|-------|-----------|-----|
| DUR | 040751 | 058010 | 40751 | 0000470085 | 1 |

# Earnings Statement



CAMBRIDGE-LEE INDUSTRIES, LLC
86 TUBE DRIVE
READING, PA 19605
COMPANY PH#:610-916-7727

| | |
|---|---|
| Period Beginning: | 11/14/2022 |
| Period Ending: | 11/20/2022 |
| Pay Date: | 11/25/2022 |

Taxable Marital Status:   Single
Exemptions/Allowances:
  Federal:       1
  PA:              N/A

**MATTHEW M SCHNEE**
**611 MANBECK ROAD**
**ROBESONIA,  PA 19551**

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1268.30 | 40.00 | 1,268.30 | 59,171.08 |
| Additional Hrs | | | | 9,986.95 |
| Bonus | | | | 1,268.30 |
| Shift 2 | | | | 35.00 |
| Shift 3 | | | | 9.00 |
| Sup Reg Sh2 | | | | 130.25 |
| Sup Reg Sh3 | | | | 33.01 |
| **Gross Pay** | | | **$1,268.30** | 70,633.59 |

Your federal taxable wages this period are
$1,135.91

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Gtl | 2.65 | 124.55 |
| Pto Balance | 40.00 | |
| Totl Hrs Worked | 40.00 | |
| Er Contr 401K | | 76.10 |
| Ytd Pension | | 3,550.33 |

| Deductions | Statutory | | year to date |
|---|---|---|---|
| | Federal Income Tax | -129.01 | 6,774.04 |
| | Social Security Tax | -70.59 | 4,001.22 |
| | Medicare Tax | -16.51 | 935.77 |
| | PA State Income Tax | -34.87 | 1,977.29 |
| | Ontelaunee T Income Tax | -11.36 | 644.17 |
| | PA SUI Tax | -0.76 | 42.38 |
| | Ontelaunee T Local Svc Tax | | 52.00 |
| | **Other** | | |
| | Pre Tx Hlt Nonu | -130.07* | 6,113.29 |
| | VISION IND | -2.32* | 109.04 |
| | 401K LOAN1 | -186.01 | 8,742.47 |
| | **Net Pay** | **$686.80** | |
| | CHECKING 1 | -686.80 | 41,241.92 |
| | **Net Check** | **$0.00** | |

**Important Notes**
COMPANY PH#:610-916-7727

BASIS OF PAY: SALARY

**\* Excluded from federal taxable wages**

© 2000 ADP, Inc.

CAMBRIDGE-LEE INDUSTRIES, LLC
86 TUBE DRIVE
READING, PA 19605
COMPANY PH#:610-916-7727

| | |
|---|---|
| Advice number: | 00000470085 |
| Pay date: | 11/25/2022 |

Deposited to the account of                                   amount
MATTHEW M SCHNEE                                      $686.80

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

## Earnings Statement



| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | USG |
|-----|------|-------|-------|-----------|-----|
| DUR | 040751 | 058010 | 40751 | 0000470086 | 2 |

CAMBRIDGE-LEE INDUSTRIES, LLC
86 TUBE DRIVE
READING, PA 19605
COMPANY PH#:610-916-7727

Period Beginning: 11/14/2022
Period Ending: 11/20/2022
Pay Date: 11/25/2022

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 1
PA: N/A

**MATTHEW M SCHNEE**
**611 MANBECK ROAD**
**ROBESONIA, PA 19551**

| Earnings | rate | salary/hours | this period | year to date |
|----------|------|--------------|-------------|--------------|
| Additional Hrs | 31.7075 | 1.00 | 47.56 | 10,034.51 |
| Sup Reg Sh2 | | 2.00 | 1.00 | 131.25 |
| Regular | | | | 59,171.08 |
| Bonus | | | | 1,268.30 |
| Shift 2 | | | | 35.00 |
| Shift 3 | | | | 9.00 |
| Sup Reg Sh3 | | | | 33.01 |
| **Gross Pay** | | | **$48.56** | 70,682.15 |

| Other Benefits and Information | this period | total to date |
|--------------------------------|-------------|---------------|
| Gtl | | 124.55 |
| Totl Hrs Worked | 1.00 | |
| Er Contr 401K | | 76.10 |
| Ytd Pension | | 3,550.33 |

**Important Notes**
COMPANY PH#:610-916-7727

BASIS OF PAY: SALARY

| Deductions | Statutory | | |
|------------|-----------|---|---|
| | Social Security Tax | -3.01 | 4,004.23 |
| | Medicare Tax | -0.70 | 936.47 |
| | PA State Income Tax | -1.49 | 1,978.78 |
| | Ontelaunee T Income Tax | -0.49 | 644.66 |
| | PA SUI Tax | -0.03 | 42.41 |
| | Federal Income Tax | | 6,774.04 |
| | Ontelaunee T Local Svc Tax | | 52.00 |
| | **Other** | | |
| | Pre Tx Hlt Nonu | | 6,113.29 |
| | VISION IND | | 109.04 |
| | 401K LOAN1 | | 8,742.47 |
| | **Net Pay** | | **$42.84** |
| | CHECKING 1 | -42.84 | 41,284.76 |
| | **Net Check** | | **$0.00** |

Your federal taxable wages this period are $48.56

© 2000 ADP, Inc.

---

CAMBRIDGE-LEE INDUSTRIES, LLC
86 TUBE DRIVE
READING, PA 19605
COMPANY PH#:610-916-7727

Advice number: 00000470086
Pay date: 11/25/2022

Deposited to the account of
MATTHEW M SCHNEE

amount
$42.84

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

**From:** cs-nondelivery@pa.gov
**Sent:** Thursday, November 3, 2022 11:13 PM
**To:** sog_ru@hotmail.com
**Subject:** Pennsylvania Child Support Case Payment Deposit



Dear **Patricia Camacho:**

On 11/03/2022, a payment in the amount of $164.02 was forwarded to your designated financial institution. Please note that it may take up to 2-3 business days before these funds are available, depending on your financial institution.

Thank you for using the Pennsylvania Child Support Website. We look forward to serving you in the future.

***Please note:*** If you do not wish to receive these E-reminders, you may opt out anytime by logging onto the site www.childsupport.state.pa.us, and updating your E-reminder Option on the 'Change Email/Password' page.

**From:** cs-nondelivery@pa.gov
**Sent:** Thursday, November 10, 2022 10:51 PM
**To:** sog_ru@hotmail.com
**Subject:** Pennsylvania Child Support Case Payment Deposit



**Dear Patricia Camacho:**

On 11/10/2022, a payment in the amount of $164.02 was forwarded to your designated financial institution. Please note that it may take up to 2-3 business days before these funds are available, depending on your financial institution.

Thank you for using the Pennsylvania Child Support Website. We look forward to serving you in the future.

***Please note:*** If you do not wish to receive these E-reminders, you may opt out anytime by logging onto the site www.childsupport.state.pa.us, and updating your E-reminder Option on the 'Change Email/Password' page.

**From:** cs-nondelivery@pa.gov
**Sent:** Friday, November 18, 2022 4:36 PM
**To:** sog_ru@hotmail.com
**Subject:** Pennsylvania Child Support Case Payment Deposit



Dear **Patricia Camacho:**

On 11/17/2022, a payment in the amount of $164.02 was forwarded to your designated financial institution. Please note that it may take up to 2-3 business days before these funds are available, depending on your financial institution.

Thank you for using the Pennsylvania Child Support Website. We look forward to serving you in the future.

***Please note:*** If you do not wish to receive these E-reminders, you may opt out anytime by logging onto the site www.childsupport.state.pa.us, and updating your E-reminder Option on the 'Change Email/Password' page.

**From:** cs-nondelivery@pa.gov
**Sent:** Friday, November 25, 2022 11:37 PM
**To:** sog_ru@hotmail.com
**Subject:** Pennsylvania Child Support Case Payment Deposit



**Dear Patricia Camacho:**

On 11/25/2022, a payment in the amount of $164.02 was forwarded to your designated financial institution. Please note that it may take up to 2-3 business days before these funds are available, depending on your financial institution.

Thank you for using the Pennsylvania Child Support Website. We look forward to serving you in the future.

**Please note:** If you do not wish to receive these E-reminders, you may opt out anytime by logging onto the site www.childsupport.state.pa.us, and updating your E-reminder Option on the 'Change Email/Password' page.

**From:** cs-nondelivery@pa.gov
**Sent:** Wednesday, November 30, 2022 11:55 PM
**To:** sog_ru@hotmail.com
**Subject:** Pennsylvania Child Support Case Payment Deposit



Dear **Patricia Camacho:**

On 11/30/2022, a payment in the amount of $164.02 was forwarded to your designated financial institution. Please note that it may take up to 2-3 business days before these funds are available, depending on your financial institution.

Thank you for using the Pennsylvania Child Support Website. We look forward to serving you in the future.

***Please note:*** If you do not wish to receive these E-reminders, you may opt out anytime by logging onto the site www.childsupport.state.pa.us, and updating your E-reminder Option on the 'Change Email/Password' page.

**From:** cs-nondelivery@pa.gov
**Sent:** Thursday, December 8, 2022 10:30 PM
**To:** sog_ru@hotmail.com
**Subject:** Pennsylvania Child Support Case Payment Deposit



Dear **Patricia Camacho:**

On 12/08/2022, a payment in the amount of $164.02 was forwarded to your designated financial institution. Please note that it may take up to 2-3 business days before these funds are available, depending on your financial institution.

Thank you for using the Pennsylvania Child Support Website. We look forward to serving you in the future.

***Please note:*** If you do not wish to receive these E-reminders, you may opt out anytime by logging onto the site www.childsupport.state.pa.us, and updating your E-reminder Option on the 'Change Email/Password' page.

**From:** cs-nondelivery@pa.gov
**Sent:** Thursday, December 15, 2022 10:27 PM
**To:** sog_ru@hotmail.com
**Subject:** Pennsylvania Child Support Case Payment Deposit



Dear **Patricia Camacho:**

On 12/15/2022, a payment in the amount of $164.02 was forwarded to your designated financial institution. Please note that it may take up to 2-3 business days before these funds are available, depending on your financial institution.

Thank you for using the Pennsylvania Child Support Website. We look forward to serving you in the future.

*Please note:* If you do not wish to receive these E-reminders, you may opt out anytime by logging onto the site www.childsupport.state.pa.us, and updating your E-reminder Option on the 'Change Email/Password' page.

**From:** cs-nondelivery@pa.gov
**Sent:** Thursday, December 22, 2022 10:48 PM
**To:** SOG_RU@HOTMAIL.COM
**Subject:** Pennsylvania Child Support Case Payment Deposit



Dear **Patricia Camacho:**

On 12/22/2022, a payment in the amount of $164.02 was forwarded to your designated financial institution. Please note that it may take up to 2-3 business days before these funds are available, depending on your financial institution.

Thank you for using the Pennsylvania Child Support Website. We look forward to serving you in the future.

***Please note:*** If you do not wish to receive these E-reminders, you may opt out anytime by logging onto the site www.childsupport.state.pa.us, and updating your E-reminder Option on the 'Change Email/Password' page.

**From:** cs-nondelivery@pa.gov
**Sent:** Thursday, December 29, 2022 10:36 PM
**To:** sog_ru@hotmail.com
**Subject:** Pennsylvania Child Support Case Payment Deposit

Dear **Patricia Camacho:**

On 12/29/2022, a payment in the amount of $164.02 was forwarded to your designated financial institution. Please note that it may take up to 2-3 business days before these funds are available, depending on your financial institution.

Thank you for using the Pennsylvania Child Support Website. We look forward to serving you in the future.

***Please note:*** If you do not wish to receive these E-reminders, you may opt out anytime by logging onto the site www.childsupport.state.pa.us, and updating your E-reminder Option on the 'Change Email/Password' page.