United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                             Case No. 22-13427-pmm

Matthew M. Schnee                                                               Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4                                       User: admin                                             Page 1 of 3

Date Rcvd: Jan 25, 2023                                 Form ID: 152                                       Total Noticed: 43

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 27, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Matthew M. Schnee, 611 Manbeck Road, Robesonia, PA 19551-8928 |
| cr | + | Select Portfolio Servicing, Inc. as servicer for U, Friedman Vartolo LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| 14745086 | | Capital One Bank USA NA, c/o Hayt Hayt & Landau LLC, P. O. Box 500, Eatontown, NJ 07724-0500 |
| 14745087 | + | Catherine Aponte, Esquire, Friedman Vartolo LLP, 1325 Franklin Ave., Ste. 160, Garden City, NY 11530-1631 |
| 14745095 | + | Ilana Zion, Esquire, Scott & Associates, P.C., 6 Kacey Ct., Ste. 203, Mechanicsburg, PA 17055-9237 |
| 14745099 | + | JPMorgan Chase Bank, N.A., c/o Scott & Associates, P.C., 6 Kacey Ct., Ste. 203, Mechanicsburg, PA 17055-9237 |
| 14745096 | + | John B. Claffey, Esquire, Portnoy Schneck, LLC, 3705 Quakerbridge Rd., Ste. 116, Hamilton, NJ 08619-1288 |
| 14745100 | + | Kellie Therese Hannum, Esq., Hayt, Hayt & Landau, LLC, P. O. Box 500, Eatontown, NJ 07724-0500 |
| 14745101 | + | Kloma Kalbach, Tax Collector, P. O. Box 134, Robesonia, PA 19551-0134 |
| 14745102 | + | Kloma Lalbach, Tax Collector, P. O. Box 134, Robesonia, PA 19551-0134 |
| 14746394 | + | Select Portfolio Servicing, Inc., c/o Lauren Moyer, Esq., 1325 Franklin Avenue, Suite 160, Garden City NY 11530-1631 |
| 14745107 | | Statewide Tax Recovery, P. O. Box 69305, Baltimore, MD 21264-9305 |
| 14745108 | | Statewide Tax Recovery LLC, 612 W. Hamilton St., Suite 401, Allentown, PA 18101-2124 |
| 14750297 | + | U.S. Bank National Association, Sarah K. McCaffery, Esquire, HLADIK, ONORATO & FEDERMAN, LLP, 298 Wissahickon Avenue, North Wales, PA 19454 smccaffery@hoflawgroup.com 19454-4156 |
| 14750758 | + | U.S. Bank National Association, not in its individ, c/o Sarah K. McCaffery, Esquire, 298 Wissahickon Avenue, North Wales, PA 19454-4156 |
| 14747549 | + | U.S. Bank National Asssociation, KML Law Group, P.C., c/o Michael Farrington, 701 Market St.-Suite 5000, Philadelphia PA 19106-1541 |
| 14745112 | | Wells Fargo Bank, N.A., MAC F8235-040, P. O. Box 5129, Sioux Falls, SD 57117-5129 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Jan 26 2023 00:20:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jan 26 2023 00:20:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14745083 | | Email/Text: taxclaim@countyofberks.com | Jan 26 2023 00:20:00 | Berks County Tax Claim Bureau, Berks County Services Center, 633 Court Street, Second Fl., Reading, PA 19601-4300 |
| 14745084 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 26 2023 00:20:24 | Capital One, P. O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14745085 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 26 2023 00:20:29 | Capital One, P. O. Box 31293, Salt Lake City, UT 84131-0293 |
| 14745088 | + | Email/Text: bankruptcy@cavps.com | Jan 26 2023 00:20:00 | Cavalry Portfolio Services, 500 Summit Lake Dr., Suite 400, Valhalla, NY 10595-2321 |
| 14745089 | + | Email/Text: bankruptcy@cavps.com | Jan 26 2023 00:20:00 | Cavalry SPV I, LLC, as assignee of Citibank, N.A., 1 American Lane, Ste. 220, Greenwich, CT 06831-2563 |
| 14749611 | + | Email/Text: bankruptcy@cavps.com | Jan 26 2023 00:20:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, |

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 25, 2023 | Form ID: 152 | Total Noticed: 43 |

| | | | | |
|---|---|---|---|---|
| | | | | CT 06831-0405 |
| 14745092 | | Email/Text: mrdiscen@discover.com | Jan 26 2023 00:19:00 | Discover Bank, P. O. Box 15316, Wilmington, DE 19850 |
| 14745091 | + | Email/Text: mrdiscen@discover.com | Jan 26 2023 00:19:00 | Discover Bank, P. O. Box 30939, Salt Lake City, UT 84130-0939 |
| 14745093 | + | Email/Text: data_processing@fin-rec.com | Jan 26 2023 00:20:00 | Financial Recovery Services, Inc., P. O. Box 21405, Eagan, MN 55121-0405 |
| 14745094 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 26 2023 00:20:30 | Home Depot Credit Services, P. O. Box 6497, Sioux Falls, SD 57117-6497 |
| 14745090 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 26 2023 00:20:29 | Chase, P. O. Box 15298, Wilmington, DE 19850-5298 |
| 14745097 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 26 2023 00:20:35 | JPMCB - Card Services, 301 N. Walnut St., Floor 9, Wilmington, DE 19801-3935 |
| 14745098 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 26 2023 00:20:24 | JPMCB Card Services, P. O. Box 15369, Wilmington, DE 19850 |
| 14745103 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 26 2023 00:20:24 | LVNV Funding LLC, P. O. Box 10584, Greenville, SC 29603-0584 |
| 14746253 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 26 2023 00:20:29 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14745104 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 26 2023 00:20:25 | Resurgent Capital Services, 55 Beattie Place, Suite 110 MS 576, Greenville, SC 29601-5115 |
| 14745105 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jan 26 2023 00:20:00 | Select Portfolio Servicing, 3815 South West Temple St., Salt Lake City, UT 84115 |
| 14745106 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jan 26 2023 00:20:00 | Select Portfolio Servicing Inc., P. O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14747671 | ^ | MEBN | Jan 26 2023 00:15:26 | U.S. Bank National Association as trustee, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14745109 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jan 26 2023 00:20:00 | U.S. Bank, N.A., c/o Select Portfolio Servicing Inc., 3217 S. Decker Lake Dr., Salt Lake City, UT 84119-3284 |
| 14745113 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 26 2023 00:20:24 | WF Financial Cards, P. O. Box 14517, Des Moines, IA 50306-3517 |
| 14745110 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 26 2023 00:20:24 | Wells Fargo Bank, P. O. Box 14517, Des Moines, IA 50306-3517 |
| 14745111 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 26 2023 00:20:29 | Wells Fargo Bank PCM, P. O. Box 94435, Albuquerque, NM 87199-4435 |
| 14746475 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 26 2023 00:20:34 | Wells Fargo Bank, N.A., 435 Ford Road, Suite 300, St. Louis Park, MN 55426-4938 |

TOTAL: 26

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

District/off: 0313-4      User: admin      Page 3 of 3
Date Rcvd: Jan 25, 2023      Form ID: 152      Total Noticed: 43

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 27, 2023      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 25, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DAVID S. GELLERT | on behalf of Debtor Matthew M. Schnee dsgrdg@ptdprolog.net |
| LAUREN MOYER | on behalf of Creditor Select Portfolio Servicing Inc. as servicer for U.S. Bank National Association, not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2021-NR2 lmoyer@friedmanvartolo.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor Select Portfolio Servicing Inc. as servicer for U.S. Bank National Association, not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2021-NR2 mfarrington@kmllawgroup.com |
| SARAH K. MCCAFFERY | on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2021-NR2 c/o Select Portfolio Servicing, Inc ckohn@hoflawgroup.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Matthew M. Schnee

    Debtor(s)

Case No: 22−13427−pmm

Chapter: 13

___

### NOTICE OF RESCHEDULED HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Patricia M. Mayer

, United States Bankruptcy Court 4/6/23 at 10:00 AM , in 201 Penn Street, 4th Floor, Reading, PA 19601


For The Court

Timothy B. McGrath
Clerk of Court

22
Form 152