UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Matthew M. Schnee<br><br>    Debtor | Chapter 13<br>Bankruptcy No.22-13427-PMM |

CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 20th day of April, 2023, by first class mail upon those listed below:

Matthew M. Schnee
611 MANBECK ROAD
ROBESONIA, PA  19551

**Electronically via CM/ECF System Only:**

DAVID S GELLERT ESQ
3506 PERKIOMEN AVE
READING, PA  19606

 

*/s/ Kristen Gliem*
Kristen Gliem
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee