| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
**Chapter 13 Case No. 22-13427-PMM**

| | |
|---|---|
| Matthew M. Schnee | Petition Filed Date: 12/28/2022 |
| 611 MANBECK ROAD | 341 Hearing Date: 02/14/2023 |
| ROBESONIA  PA    19551 | Confirmation Date: |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/07/2023 | $680.00 | | 03/07/2023 | $680.00 | | 04/07/2023 | $680.00 | |
| 05/08/2023 | $680.00 | | 06/07/2023 | $680.00 | | 07/10/2023 | $680.00 | |

**Total Receipts for the Period:  $4,080.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $4,760.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | DAVID S GELLERT ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | LVNV FUNDING LLC »» 001 | Unsecured Creditors | $642.88 | $0.00 | $0.00 |
| 2 | LVNV FUNDING LLC »» 002 | Unsecured Creditors | $610.75 | $0.00 | $0.00 |
| 3 | WELLS FARGO BANK NA »» 003 | Unsecured Creditors | $3,570.71 | $0.00 | $0.00 |
| 4 | CAVALRY SPV INVESTMENTS LLC »» 004 | Secured Creditors | $6,523.41 | $0.00 | $0.00 |
| 5 | DISCOVER BANK »» 005 | Unsecured Creditors | $3,892.33 | $0.00 | $0.00 |
| 6 | WELLS FARGO »» 006 | Unsecured Creditors | $22,371.88 | $0.00 | $0.00 |
| 7 | SELECT PORTFOLIO SERVICING INC »» 007 | Secured Creditors | $657.84 | $0.00 | $0.00 |
| 8 | SELECT PORTFOLIO SERVICING INC »» 008 | Mortgage Arrears | $44,748.39 | $0.00 | $0.00 |
| 9 | BERKS COUNTY TAX CLAIM BUREAU »» 009 | Secured Creditors | $154.59 | $0.00 | $0.00 |
| 10 | BERKS COUNTY TAX CLAIM BUREAU »» 010 | Secured Creditors | $4,654.03 | $0.00 | $0.00 |

**Chapter 13 Case No. 22-13427-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---:|---|---:|
| Total Receipts: | $4,760.00 | Current Monthly Payment: | $680.00 |
| Paid to Claims: | $0.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $414.80 | Total Plan Base: | $40,800.00 |
| Funds on Hand: | $4,345.20 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.