**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| **In re:**<br><br>**Matthew M. Schnee**<br>    **Debtor**<br><br>**U.S. Bank National Association, as indenture Trustee for the holders of the CIM Trust 2021-NR2, Mortgage-Backed Notes, Series 2021-NR2**<br><br>    **Movant**<br><br>v.<br><br>**Matthew M. Schnee**<br>    **Debtor/Respondent**<br><br>**SCOTT F. WATERMAN, Esquire**<br>    **Trustee/Respondent** | **Bankruptcy No. 22-13427-pmm**<br><br>**Chapter 13**<br><br>**Hearing Date: October 31, 2023**<br>**Hearing Time: 10:00 a.m.**<br>**Location: 201 Penn Street, 4th Floor**<br>**Reading, PA 19601**<br>**Courtroom 4th Floor** |

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

U.S. Bank National Association, as indenture Trustee for the holders of the CIM Trust 2021-NR2, Mortgage-Backed Notes, Series 2021-NR2 has filed a Motion for Relief from the Automatic Stay pursuant to 11 U.S.C. §362(d)(1); for costs and disbursements of this action, and for such other and further relief as to the Court may deem just and proper.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)**

1. **If you do not want the court to grant the relief sought in the Motion** or if you want the court to consider your views on the motion, then on or before **October 26, 2023, you or your attorney must filed a response to the Motion**. (*see Instructions on next page*).

    (a) File an answer explaining your position at: 201 Penn Street, 4th Floor Reading, PA 19601.

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough that it will be received on or before the dates stated above; and

    (b) Mail a copy to the movant's attorney:

    Michelle L. McGowan, Esquire
    13010 Morris Rd., Suite 450
    Alpharetta, GA 30004
    Telephone: 470-321-7112
    Email: mimcgowan@raslg.com

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. **A hearing on the Motion** is scheduled to be held before **Judge Patricia M. Mayer** on **October 31, 2023, at 10:00 a.m. in Courtroom 4th Floor, United States Bankruptcy Court, 201 Penn Street, 4th Floor Reading, PA 19601.** Unless the court orders otherwise, the hearing on this contested matter will be an **evidentiary hearing.**

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's Office in Philadelphia at 215-408-2800 or Reading at 610-208-5040 to find out whether the hearing has been canceled because no one filed a response.

Dated: October 11, 2023

    **Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
    Attorney for Secured Creditor
    13010 Morris Rd., Suite 450
    Alpharetta, GA 30004
    Telephone: 470-321-7112
    By: /s/ Michelle L. McGowan
    Michelle L. McGowan
    PA Bar Number 62414
    Email: mimcgowan@raslg.com