**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: Matthew M. Schnee, | : | Chapter 13 |
| | : | |
| | : | Case No.   22-13427 (PMM) |
| | : | |
| Debtor. | : | |

**ORDER SETTING DEADLINE FOR FILING OF STIPULATION**

**AND NOW**, upon consideration of the Motion for Relief from Stay (doc. #36, the "Motion"), seeking relief pursuant to 11 U.S.C. §362 and the Response thereto (doc. #38);

**AND**, the parties having reported the matter settled with a stipulation memorializing the settlement agreement to be filed with the Court within thirty (30) days ("the Stipulation");

It is hereby **ORDERED** that:

1. On or before **March 13, 2024**, the parties shall either file the Stipulation or file a notice relisting the Motion for hearing.

2. Failure to comply timely with Paragraph 1 above, may result in denial of the Motion without further notice or hearing.

**Date: 2/13/24**

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**