# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Matthew M Schnee
                Debtor

U.S. Bank National Association, not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2021-NR2, its successors and/or assignees
                Movant
    vs.

Matthew M Schnee
                Debtor

Scott F. Waterman
                Trustee

CHAPTER 13

NO. 22-13427 PMM

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

    Kindly withdraw the Objection to Confirmation of U.S. Bank National Association, not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2021-NR2, which was filed with the Court on or about April 3, 2023.

Dated: February 21, 2024

                                        Respectfully submitted,

                                        /s/Michael P. Farrington
                                        Michael P. Farrington, Esq.
                                        KML Law Group, P.C.
                                        BNY Mellon Independence Center
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA  19106
                                        Phone: (215) 627-1322
                                        mfarrington@kmllawgroup.com