# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
### READING DIVISION

| | |
|---|---|
| **In re:** <br><br> **Matthew M. Schnee** <br>     Debtor <br><br>     **U.S. Bank National Association, not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2021-NR2** <br><br>     Movant <br><br> v. <br><br> **Matthew M. Schnee** <br>     Debtor/Respondent <br> **SCOTT F. WATERMAN, Esquire** <br>     Trustee/Respondent | **Bankruptcy No. 22-13427-pmm** <br><br> **Chapter 13** |

## ORDER OF COURT

AND NOW, this 5th day of March, 2024, upon consideration of the foregoing Stipulation Resolving Motion for Relief from Stay, it is hereby ORDERED that the Stipulation is approved.

*Patricia M. Mayer*

Hon. Patricia M. Mayer
United States Bankruptcy Judge