**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION**

| | |
|---|---|
| **In re:**<br><br>**Matthew M. Schnee,**<br><br>     **Debtor,**<br><br>**U.S. Bank National Association, as indenture Trustee for the holders of the CIM Trust 2021-NR2, Mortgage-Backed Notes, Series 2021-NR2,**<br><br>     **Movant,**<br><br>**v.**<br><br>**Matthew M. Schnee,**<br><br>     **Debtor/Respondent.**<br><br>**SCOTT F. WATERMAN, Esq. Esquire,**<br><br>     **Trustee/Respondent,** | **Bankruptcy No. 22-13427-pmm**<br><br>**Chapter 13**<br><br>**Doc.: 36** |

## PRAECIPE TO RE-LIST HEARING ON MOTION FOR RELIEF

U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to

U.S. Bank National Association, not in its individual capacity but solely in its capacity as Indenture

Trustee of CIM Trust 2021-NR2, movant, kindly requests the Motion for Relief filed on October

11, 2023 at Docket Entry #36 to be rescheduled for a hearing on April 9, 2024 at 10:00 AM..

Date: March 14, 2024

       Respectfully Submitted:
       **Robertson, Anschutz, Schneid, Crane
       & Partners, PLLC**
       Attorney for Secured Creditor
       13010 Morris Rd., Suite 450
       Alpharetta, GA 30004
       Telephone: 470-321-7112
       By: /s/ Michelle L. McGowan
       Michelle L. McGowan
       PA Bar Number 62414
       Email: mimcgowan@raslg.com

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION**

| | |
|---|---|
| In re:<br><br>**Matthew M. Schnee**<br><br>     **Debtor**<br><br>**U.S. Bank National Association, as indenture Trustee for the holders of the CIM Trust 2021-NR2, Mortgage-Backed Notes, Series 2021-NR2**<br><br>     **Movant**<br><br>**v.**<br><br>**Matthew M. Schnee**<br><br>     **Debtor/Respondent**<br><br>**SCOTT F. WATERMAN, Esquire**<br><br>     **Trustee/Respondent** | **Bankruptcy No. 22-13427-pmm**<br><br>**Chapter 13** |

## <u>CERTIFICATE OF SERVICE</u>

I, Michelle L. McGowan, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on **March 14, 2024**, I served copies of the Praecipe to Re-list Hearing on Motion for Relief on the parties in interest in this proceeding, by first class U.S. Mail, postage prepaid or electronic mail, at the following addresses:

**Matthew M. Schnee**
611 Manbeck Road
Robesonia, PA 19551

**DAVID S. GELLERT**
David S. Gellert PC
3506 Perkiomen Avenue
Reading, PA 19606

**SCOTT F. WATERMAN**
Email: ECFMail@ReadingCh13.com

**United States Trustee**
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107

    Respectfully Submitted:
**Robertson, Anschutz, Schneid, Crane
& Partners, PLLC**
Attorney for Secured Creditor
13010 Morris Rd., Suite 450
Alpharetta, GA 30004
Telephone: 470-321-7112
By: /s/ Michelle L. McGowan
Michelle L. McGowan
PA Bar Number 62414
Email: mimcgowan@raslg.com

22-13427-pmm
23-145587
MFR