**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| **In re:**<br><br>**Matthew M. Schnee**<br><br>        **Debtor**<br><br>**U.S. Bank National Association, as indenture Trustee for the holders of the CIM Trust 2021-NR2, Mortgage-Backed Notes, Series 2021-NR2 and its successors and assigns**<br><br>        **Movant**<br><br>**v.**<br><br>**Matthew M. Schnee**<br><br>        **Debtor/Respondent**<br><br>**SCOTT F. WATERMAN, Esquire**<br><br>        **Trustee/Respondent** | **Bankruptcy No. 22-13427-pmm**<br><br>**Chapter 13** |

**ORDER OF COURT**

AND NOW, this 8th day of April _____, 2024, upon consideration of the foregoing

Stipulation Resolving Motion for Relief from Stay, it is hereby ORDERED that the Stipulation is

approved.

_Patricia M. Mayer_
_____

U.S. Bankruptcy Judge Patricia M. Mayer