United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 22-13427-pmm

Matthew M. Schnee                                           Chapter 13

   Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4                       User: admin                       Page 1 of 4
Date Rcvd: May 16, 2024                    Form ID: 155                      Total Noticed: 45

The following symbols are used throughout this certificate:
**Symbol    Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^           Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#           Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Matthew M. Schnee, 611 Manbeck Road, Robesonia, PA 19551-8928 |
| 14745087 | + | Catherine Aponte, Esquire, Friedman Vartolo LLP, 1325 Franklin Ave., Ste. 160, Garden City, NY 11530-1631 |
| 14745095 | #+ | Ilana Zion, Esquire, Scott & Associates, P.C., 6 Kacey Ct., Ste. 203, Mechanicsburg, PA 17055-9237 |
| 14745099 | #+ | JPMorgan Chase Bank, N.A., c/o Scott & Associates, P.C., 6 Kacey Ct., Ste. 203, Mechanicsburg, PA 17055-9237 |
| 14745096 | + | John B. Claffey, Esquire, Portnoy Schneck, LLC, 3705 Quakerbridge Rd., Ste. 116, Hamilton, NJ 08619-1288 |
| 14745100 | + | Kellie Therese Hannum, Esq., Hayt, Hayt & Landau, LLC, P. O. Box 500, Eatontown, NJ 07724-0500 |
| 14745101 | + | Kloma Kalbach, Tax Collector, P. O. Box 134, Robesonia, PA 19551-0134 |
| 14745102 | + | Kloma Lalbach, Tax Collector, P. O. Box 134, Robesonia, PA 19551-0134 |
| 14746394 | + | Select Portfolio Servicing, Inc., c/o Lauren Moyer, Esq., 1325 Franklin Avenue, Suite 160, Garden City NY 11530-1631 |
| 14745107 | | Statewide Tax Recovery, P. O. Box 69305, Baltimore, MD 21264-9305 |
| 14745108 | | Statewide Tax Recovery LLC, 612 W. Hamilton St., Suite 401, Allentown, PA 18101-2124 |
| 14750297 | + | U.S. Bank National Association, Sarah K. McCaffery, Esquire, HLADIK, ONORATO & FEDERMAN, LLP, 298 Wissahickon Avenue, North Wales, PA 19454 smccaffery@hoflawgroup.com 19454-4156 |
| 14750758 | + | U.S. Bank National Association, not in its individ, c/o Sarah K. McCaffery, Esquire, 298 Wissahickon Avenue, North Wales, PA 19454-4156 |
| 14747549 | + | U.S. Bank National Asssociation, KML Law Group, P.C., c/o Michael Farrington, 701 Market St.-Suite 5000, Philadelphia PA 19106-1541 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14745083 | | Email/Text: taxclaim@countyofberks.com | May 17 2024 00:12:00 | Berks County Tax Claim Bureau, Berks County Services Center, 633 Court Street, Second Fl., Reading, PA 19601-4300 |
| 14745084 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 17 2024 00:23:58 | Capital One, P. O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14745085 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 17 2024 00:35:30 | Capital One, P. O. Box 31293, Salt Lake City, UT 84131-0293 |
| 14745086 | ^ | MEBN | May 17 2024 00:06:19 | Capital One Bank USA NA, c/o Hayt Hayt & Landau LLC, P. O. Box 500, Eatontown, NJ 07724-0500 |
| 14745088 | + | Email/Text: bankruptcy@cavps.com | May 17 2024 00:20:00 | Cavalry Portfolio Services, 500 Summit Lake Dr., Suite 400, Valhalla, NY 10595-2321 |
| 14745089 | + | Email/Text: bankruptcy@cavps.com | May 17 2024 00:20:00 | Cavalry SPV I, LLC, as assignee of Citibank, N.A., 1 American Lane, Ste. 220, Greenwich, CT 06831-2563 |
| 14749611 | + | Email/Text: bankruptcy@cavps.com | May 17 2024 00:20:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 14745092 | | Email/Text: mrdiscen@discover.com | May 17 2024 00:11:00 | Discover Bank, P. O. Box 15316, Wilmington, DE 19850 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14875044 | + | Email/Text: dsgrdg@ptdprolog.net | May 17 2024 00:12:00 | David S. Gellert, Esquire, David S. Gellert, P.C., 3506 Perkiomen Avenue, Reading, PA 19606-2711 |
| 14745091 | + | Email/Text: mrdiscen@discover.com | May 17 2024 00:11:00 | Discover Bank, P. O. Box 30939, Salt Lake City, UT 84130-0939 |
| 14752351 | | Email/Text: mrdiscen@discover.com | May 17 2024 00:11:00 | Discover Bank/Discover Products, P.O. Box 3025, New Albany, Oh 43054-3025 |
| 14745093 | + | Email/Text: data_processing@fin-rec.com | May 17 2024 00:12:00 | Financial Recovery Services, Inc., P. O. Box 21405, Eagan, MN 55121-0405 |
| 14745094 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 17 2024 00:35:36 | Home Depot Credit Services, P. O. Box 6497, Sioux Falls, SD 57117-6497 |
| 14745090 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 17 2024 00:23:56 | Chase, P. O. Box 15298, Wilmington, DE 19850-5298 |
| 14745097 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 17 2024 00:58:25 | JPMCB - Card Services, 301 N. Walnut St., Floor 9, Wilmington, DE 19801-3935 |
| 14745098 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 17 2024 00:24:27 | JPMCB Card Services, P. O. Box 15369, Wilmington, DE 19850 |
| 14745103 | | Email/PDF: resurgentbknotifications@resurgent.com | May 17 2024 00:24:08 | LVNV Funding LLC, P. O. Box 10584, Greenville, SC 29603-0584 |
| 14746253 | | Email/PDF: resurgentbknotifications@resurgent.com | May 17 2024 00:12:56 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14745104 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 17 2024 00:13:29 | Resurgent Capital Services, 55 Beattie Place, Suite 110 MS 576, Greenville, SC 29601-5115 |
| 14745105 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 17 2024 00:21:00 | Select Portfolio Servicing, 3815 South West Temple St., Salt Lake City, UT 84115 |
| 14745106 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 17 2024 00:21:00 | Select Portfolio Servicing Inc., P. O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14747671 | ^ | MEBN | May 17 2024 00:05:59 | U.S. Bank National Association as trustee, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14760140 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 17 2024 00:21:00 | U.S. Bank National Association, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 14812389 | + | Email/Text: RASEBN@raslg.com | May 17 2024 00:11:00 | U.S. Bank National Association.,, Robertson, Anschutz, Schneid, & Crane PL, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 14745109 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 17 2024 00:21:00 | U.S. Bank, N.A., c/o Select Portfolio Servicing Inc., 3217 S. Decker Lake Dr., Salt Lake City, UT 84119-3284 |
| 14745113 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | May 17 2024 00:12:56 | WF Financial Cards, P. O. Box 14517, Des Moines, IA 50306-3517 |
| 14745110 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | May 17 2024 00:13:32 | Wells Fargo Bank, P. O. Box 14517, Des Moines, IA 50306-3517 |
| 14745111 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | May 17 2024 00:13:26 | Wells Fargo Bank PCM, P. O. Box 94435, Albuquerque, NM 87199-4435 |
| 14745112 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | May 17 2024 00:58:24 | Wells Fargo Bank, N.A., MAC F8235-040, P. O. Box 5129, Sioux Falls, SD 57117-5129 |
| 14746475 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | May 17 2024 00:23:52 | Wells Fargo Bank, N.A., 435 Ford Road, Suite 300, St. Louis Park, MN 55426-4938 |
| 14754977 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | May 17 2024 00:13:23 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 31

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14839270 | *+ | U.S. Bank National Association.,, Robertson, Anschutz, Schneid, & Crane PL, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 18, 2024         Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 16, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DAVID S. GELLERT | on behalf of Debtor Matthew M. Schnee dsgrdg@ptdprolog.net |
| DENISE ELIZABETH CARLON | on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2021-NR2 c/o Select Portfolio Servicing, Inc bkgroup@kmllawgroup.com |
| LAUREN MOYER | on behalf of Creditor Select Portfolio Servicing Inc. as servicer for U.S. Bank National Association, not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2021-NR2 bkecf@friedmanvartolo.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor Select Portfolio Servicing Inc. as servicer for U.S. Bank National Association, not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2021-NR2 mfarrington@kmllawgroup.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor U.S. Bank National Association as indenture Trustee for the holders of the CIM Trust 2021-NR2, Mortgage-Backed Notes, Series 2021-NR2 mfarrington@kmllawgroup.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor U.S. Bank National Association.  mimcgowan@raslg.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor U.S. Bank National Association as indenture Trustee for the holders of the CIM Trust 2021-NR2, Mortgage-Backed Notes, Series 2021-NR2 and its successors and assigns mimcgowan@raslg.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2021-NR2 c/o Select Portfolio Servicing, Inc mimcgowan@raslg.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor U.S. Bank National Association as indenture Trustee for the holders of the CIM Trust 2021-NR2, Mortgage-Backed Notes, Series 2021-NR2 mimcgowan@raslg.com |
| SARAH K. MCCAFFERY | on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2021-NR2 c/o Select Portfolio Servicing, Inc smccaffery@pincuslaw.com, ckohn@hoflawgroup.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 4 of 4 |
| Date Rcvd: May 16, 2024 | Form ID: 155 | Total Noticed: 45 |

United States Trustee
        USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 12

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>　Matthew M. Schnee<br><br>　Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 22−13427−pmm<br><br>Chapter: 13 |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: May 16, 2024                                                                For The Court

                                                                                             Patricia M. Mayer
                                                                                             Judge, United States Bankruptcy Court