United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-13427-pmm |
| Matthew M. Schnee | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0313-4       User: admin      Page 1 of 2
Date Rcvd: May 16, 2024      Form ID: pdf900      Total Noticed: 2

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Matthew M. Schnee, 611 Manbeck Road, Robesonia, PA 19551-8928 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | + Email/Text: usapae.bankruptcynotices@usdoj.gov | May 17 2024 00:20:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2024      Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 16, 2024 at the address(es) listed below:

**Name**      **Email Address**

DAVID S. GELLERT
     on behalf of Debtor Matthew M. Schnee dsgrdg@ptdprolog.net

DENISE ELIZABETH CARLON
     on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2021-NR2 c/o Select Portfolio Servicing, Inc bkgroup@kmllawgroup.com

LAUREN MOYER
     on behalf of Creditor Select Portfolio Servicing  Inc. as servicer for U.S. Bank National Association, not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2021-NR2 bkecf@friedmanvartolo.com

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 16, 2024 | Form ID: pdf900 | Total Noticed: 2 |

MICHAEL PATRICK FARRINGTON
    on behalf of Creditor U.S. Bank National Association as indenture Trustee for the holders of the CIM Trust 2021-NR2, Mortgage-Backed Notes, Series 2021-NR2 mfarrington@kmllawgroup.com

MICHAEL PATRICK FARRINGTON
    on behalf of Creditor Select Portfolio Servicing Inc. as servicer for U.S. Bank National Association, not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2021-NR2 mfarrington@kmllawgroup.com

MICHELLE L. MCGOWAN
    on behalf of Creditor U.S. Bank National Association as indenture Trustee for the holders of the CIM Trust 2021-NR2, Mortgage-Backed Notes, Series 2021-NR2 mimcgowan@raslg.com

MICHELLE L. MCGOWAN
    on behalf of Creditor U.S. Bank National Association. mimcgowan@raslg.com

MICHELLE L. MCGOWAN
    on behalf of Creditor U.S. Bank National Association as indenture Trustee for the holders of the CIM Trust 2021-NR2, Mortgage-Backed Notes, Series 2021-NR2 and its successors and assigns mimcgowan@raslg.com

MICHELLE L. MCGOWAN
    on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2021-NR2 c/o Select Portfolio Servicing, Inc mimcgowan@raslg.com

SARAH K. MCCAFFERY
    on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2021-NR2 c/o Select Portfolio Servicing, Inc smccaffery@pincuslaw.com, ckohn@hoflawgroup.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 12

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| MATTHEW M. SCHNEE | : | Chapter 13 |
| | : | |
| Debtor | : | Bankruptcy No. 22-13427 PMM |

## ORDER APPROVING COMPENSATION

**AND NOW**, upon consideration of the Application for Compensation ("the Application") filed by Debtor's counsel (the "Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED**.

2. Compensation is **ALLOWED** in favor of Applicant in the amount of $8,833.72 comprised of $8,400.00 in compensation and $433.72 in reimbursement of actual, necessary expenses.

3. The Chapter 13 Trustee is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. § 1326(b), 11 U.S.C. § 507, 11 U.S.C. § 503(b) and 11 U.S.C. § 330 (a)(4)(B) the allowed compensation set forth in ¶ 2 less $3,400.00 which was paid by the Debtor prepetition to the extent such distribution is authorized under the terms of the confirmed Chapter 13 Plan.

BY THE COURT:

*Patricia M. Mayer*

Dated: 5/16/24

Patricia M. Mayer
United States Bankruptcy Judge