| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
### Activity for the period from 08/01/2023 to 07/31/2024
### Chapter 13 Case No. 22-13427-PMM

Matthew M. Schnee
611 MANBECK ROAD
ROBESONIA PA     19551

Petition Filed Date: 12/28/2022
341 Hearing Date: 02/14/2023
Confirmation Date: 05/16/2024

## Case Status: Open / Unconfirmed
### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/07/2023 | $680.00 | | 09/08/2023 | $680.00 | | 10/10/2023 | $680.00 | |
| 11/07/2023 | $680.00 | | 12/07/2023 | $680.00 | | 01/09/2024 | $680.00 | |
| 02/07/2024 | $680.00 | | 03/07/2024 | $680.00 | | 04/08/2024 | $680.00 | |
| 05/07/2024 | $1,554.00 | | 06/07/2024 | $1,554.00 | | 07/09/2024 | $1,554.00 | |

**Total Receipts for the Period: $10,782.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $16,416.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | DAVID S GELLERT ESQ | Attorney Fees | $5,433.72 | $5,433.72 | $0.00 |
| 1 | LVNV FUNDING LLC<br>»» 001 | Unsecured Creditors | $642.88 | $0.00 | $642.88 |
| 2 | LVNV FUNDING LLC<br>»» 002 | Unsecured Creditors | $610.75 | $0.00 | $610.75 |
| 3 | WELLS FARGO BANK NA<br>»» 003 | Unsecured Creditors | $3,570.71 | $0.00 | $3,570.71 |
| 4 | CAVALRY SPV INVESTMENTS LLC<br>»» 004 | Secured Creditors | $6,523.41 | $940.99 | $5,582.42 |
| 5 | DISCOVER BANK<br>»» 005 | Unsecured Creditors | $3,892.33 | $0.00 | $3,892.33 |
| 6 | WELLS FARGO<br>»» 006 | Unsecured Creditors | $22,371.88 | $0.00 | $22,371.88 |
| 7 | SELECT PORTFOLIO SERVICING INC<br>»» 007 | Mortgage Arrears | $657.84 | $94.90 | $562.94 |
| 8 | SELECT PORTFOLIO SERVICING INC<br>»» 008 | Mortgage Arrears | $44,748.39 | $6,454.83 | $38,293.56 |
| 9 | BERKS COUNTY TAX CLAIM BUREAU<br>»» 009 | Secured Creditors | $154.59 | $15.67 | $138.92 |
| 10 | BERKS COUNTY TAX CLAIM BUREAU<br>»» 010 | Secured Creditors | $4,654.03 | $671.32 | $3,982.71 |
| 11 | SELECT PORTFOLIO SERVICING INC<br>»» 07P | Secured Creditors | $1,253.04 | $180.75 | $1,072.29 |
| 12 | SELECT PORTFOLIO SERVICING INC<br>»» 08P | Secured Creditors | $7,234.78 | $1,043.60 | $6,191.18 |
| 13 | CAPITAL ONE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 14 | JPMORGAN CHASE BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 15 | KLOMA KALBACH, TAX COLLECTOR | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 16 | STATEWIDE TAX RECOVERY | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 22-13427-PMM**

---

### SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $16,416.00 | Current Monthly Payment: | $1,544.00 |
| Paid to Claims: | $14,835.78 | Arrearages: | ($720.00) |
| Paid to Trustee: | $1,573.60 | Total Plan Base: | $79,000.00 |
| Funds on Hand: | $6.62 | | |

**<u>NOTES:</u>**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/
for more  information.**

• Your case information is available to view online at the National Data Center. Please visit
www.ndc.org.