| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
### Chapter 13 Case No. 22-13427-PMM

Matthew M. Schnee
611 MANBECK ROAD
ROBESONIA  PA    19551

Petition Filed Date: 12/28/2022
341 Hearing Date: 02/14/2023
Confirmation Date: 05/16/2024

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/07/2024 | $1,554.00 | | 09/10/2024 | $1,554.00 | | 10/07/2024 | $1,554.00 | |
| 11/07/2024 | $1,554.00 | | 12/09/2024 | $1,554.00 | | 01/08/2025 | $1,554.00 | |
| 02/07/2025 | $1,554.00 | | 03/17/2025 | $1,570.00 | | 04/07/2025 | $1,554.00 | |
| 06/02/2025 | $1,570.00 | | 06/09/2025 | $1,554.00 | | 07/08/2025 | $1,554.00 | |

**Total Receipts for the Period: $18,680.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $35,096.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | DAVID S GELLERT ESQ | Attorney Fees | $5,433.72 | $5,433.72 | $0.00 |
| 1 | LVNV FUNDING LLC »» 001 | Unsecured Creditors | $642.88 | $0.00 | $642.88 |
| 2 | LVNV FUNDING LLC »» 002 | Unsecured Creditors | $610.75 | $0.00 | $610.75 |
| 3 | WELLS FARGO BANK NA »» 003 | Unsecured Creditors | $3,570.71 | $0.00 | $3,570.71 |
| 4 | CAVALRY SPV INVESTMENTS LLC »» 004 | Secured Creditors | $6,523.41 | $2,666.77 | $3,856.64 |
| 5 | DISCOVER BANK »» 005 | Unsecured Creditors | $3,892.33 | $0.00 | $3,892.33 |
| 6 | WELLS FARGO BANK NA »» 006 | Unsecured Creditors | $22,371.88 | $0.00 | $22,371.88 |
| 7 | SELECT PORTFOLIO SERVICING INC »» 007 | Mortgage Arrears | $657.84 | $268.92 | $388.92 |
| 8 | SELECT PORTFOLIO SERVICING INC »» 008 | Mortgage Arrears | $44,748.39 | $18,293.17 | $26,455.22 |
| 9 | BERKS COUNTY TAX CLAIM BUREAU »» 009 | Secured Creditors | $154.59 | $49.23 | $105.36 |
| 10 | BERKS COUNTY TAX CLAIM BUREAU »» 010 | Secured Creditors | $4,654.03 | $1,902.54 | $2,751.49 |
| 11 | SELECT PORTFOLIO SERVICING INC »» 07P | Secured Creditors | $1,253.04 | $512.26 | $740.78 |
| 12 | SELECT PORTFOLIO SERVICING INC »» 012 | Mortgage Arrears | $7,234.78 | $2,957.59 | $4,277.19 |
| 13 | CAPITAL ONE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 14 | JPMORGAN CHASE BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 15 | KLOMA KALBACH, TAX COLLECTOR | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 16 | STATEWIDE TAX RECOVERY | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $35,096.00 | Current Monthly Payment: | $1,544.00 |
| Paid to Claims: | $32,084.20 | Arrearages: | $672.00 |
| Paid to Trustee: | $2,997.83 | Total Plan Base: | $79,000.00 |
| Funds on Hand: | $13.97 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.