UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

IN RE:                                                                CASE NO.: 22-13427
                                                                      CHAPTER 13
**Matthew M. Schnee,**
**Debtor.**

_____/

## REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of U.S. Bank Trust Company, National Association, not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2025-NR1 ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**13010 MORRIS ROAD, SUITE 450**
**ALPHARETTA, GA 30004**

Robertson, Anschutz, Schneid, Crane &
Partners, PLLC
Attorney for Secured Creditor
130 Clinton Rd #202
Fairfield, NJ 07004
Telephone: 470-321-7112
Facsimile: 404-393-1425

By: /s/Robert Shearer
Robert Shearer
Email: rshearer@raslg.com

## <u>CERTIFICATE OF SERVICE</u>

  **I HEREBY CERTIFY** that on April 16, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

MATTHEW M. SCHNEE
611 MANBECK ROAD
ROBESONIA, PA 19551

And via electronic mail to:

DAVID S. GELLERT PC
3506 PERKIOMEN AVENUE
READING, PA 19606

SCOTT F. WATERMAN [CHAPTER 13]
CHAPTER 13 TRUSTEE, 2901 ST. LAWRENCE AVE., SUITE 100
READING, PA 19606

UNITED STATES TRUSTEE
OFFICE OF UNITED STATES TRUSTEE, ROBERT N.C. NIX FEDERAL BUILDING, 900
MARKET STREET, SUITE 320
PHILADELPHIA, PA 19107

By: /s/ Robert Shearer
Robert Shearer
Email: rshearer@raslg.com