Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Matthew M. Schnee
611 MANBECK ROAD
ROBESONIA, PA 19551

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 22-13427-PMM**

Petition Filed Date: 12/28/2022
341 Hearing Date: 02/14/2023
Confirmation Date: 05/16/2024

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/07/2025 | $1,554.00 | | 09/09/2025 | $1,554.00 | | 10/07/2025 | $1,554.00 | |
| 11/07/2025 | $1,554.00 | | 01/15/2026 | $1,544.00 | | 02/09/2026 | $1,554.00 | |
| 04/08/2026 | $1,554.00 | | 05/11/2026 | $1,554.00 | | 06/08/2026 | $1,554.00 | |
| 07/27/2026 | $1,554.00 | | | | | | | |

**Total Receipts for the Period: $15,530.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $50,626.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | DAVID S GELLERT ESQ | Attorney Fees | $5,433.72 | $5,433.72 | $0.00 |
| 1 | LVNV FUNDING LLC »» 001 | Unsecured Creditors | $642.88 | $0.00 | $642.88 |
| 2 | LVNV FUNDING LLC »» 002 | Unsecured Creditors | $610.75 | $0.00 | $610.75 |
| 3 | WELLS FARGO BANK NA »» 003 | Unsecured Creditors | $3,570.71 | $0.00 | $3,570.71 |
| 4 | CAVALRY SPV INVESTMENTS LLC »» 004 | Secured Creditors | $6,523.41 | $4,103.77 | $2,419.64 |
| 5 | DISCOVER BANK »» 005 | Unsecured Creditors | $3,892.33 | $0.00 | $3,892.33 |
| 6 | WELLS FARGO BANK NA »» 006 | Unsecured Creditors | $22,371.88 | $0.00 | $22,371.88 |
| 7 | SELECT PORTFOLIO SERVICING INC »» 007 | Mortgage Arrears | $657.84 | $413.85 | $243.99 |
| 8 | SELECT PORTFOLIO SERVICING INC »» 008 | Mortgage Arrears | $44,748.39 | $28,150.62 | $16,597.77 |
| 9 | BERKS COUNTY TAX CLAIM BUREAU »» 009 | Secured Creditors | $154.59 | $83.65 | $70.94 |
| 10 | BERKS COUNTY TAX CLAIM BUREAU »» 010 | Secured Creditors | $4,654.03 | $2,927.76 | $1,726.27 |
| 11 | SELECT PORTFOLIO SERVICING INC »» 07P | Secured Creditors | $1,253.04 | $788.26 | $464.78 |
| 12 | SELECT PORTFOLIO SERVICING INC »» 012 | Mortgage Arrears | $7,234.78 | $4,551.30 | $2,683.48 |

**Chapter 13 Case No. 22-13427-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 13 | CAPITAL ONE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 14 | JPMORGAN CHASE BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 15 | KLOMA KALBACH, TAX COLLECTOR | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 16 | STATEWIDE TAX RECOVERY | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $50,626.00 | Current Monthly Payment: | $1,544.00 |
| Paid to Claims: | $46,452.93 | Arrearages: | $2,126.00 |
| Paid to Trustee: | $4,159.47 | Total Plan Base: | $79,000.00 |
| Funds on Hand: | $13.60 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.